UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ISAIAH VALENTINE,

        Plaintiff,        Case No. 2:24-cv-210

v.        Honorable Phillip J. Green

SARAH SCHROEDER, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  March 6, 2025        /s/ Phillip J. Green
        PHILLIP J. GREEN
        United States Magistrate Judge